UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Vs | § | GRAND JURY #5 |
| CYNTHIA NALLELI ALANIS | § § | B-20-118 |

### SEALED
### ORDER FOR ISSUANCE OF WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **CYNTHIA NALLELI ALANIS** | NO BOND |

ENTERED at Brownsville, Texas, this the ___18th___ day of **FEBRUARY** 2020.

_____
UNITED STATES MAGISTRATE JUDGE